IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAURICE MCCARTY, #272773, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-229-CG-B |
| | ) |
| CYNTHIA STEWART, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), because Plaintiff's claims fail to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the 16th day of June, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE